**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1764**

TAMERA L. ETHERIDGE,

        Plaintiff - Appellant,

      v.

CITY OF ROANOKE RAPIDS; JOSEPH SCHERER, in his Official
Capacity as City Manager; JOHN SIMEON, in his Official and
Individual Capacity as Director, Parks and Recreations;
CHRISTINA COKER, in her Official and Individual Capacity as
Aquatics Supervisor,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Terrence W. Boyle,
District Judge.  (4:15-cv-00089-BO)

Submitted:  February 28, 2017      Decided:  March 6, 2017

Before NIEMEYER, TRAXLER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony James Cuticchia, Jr., AJC LEGAL SERVICES, Raleigh, North
Carolina, for Appellant.  Torin L. Fury, William L. Hill,
FRAZIER HILL & FURY, RLLP, Greensboro, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamera L. Etheridge appeals the district court's order dismissing her complaint for insufficient process, insufficient service of process, and lack of personal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Etheridge v. City of Roanoke Rapids, No. 4:15-cv-00089-BO (E.D.N.C. filed May 27, 2016 & entered May 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED